# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES RYAN RODGERS**                                                      **PLAINTIFF**
**#1223745**

**v.**                         Case No. 4:19-cv-00840-LPR

**DOES**                                                                                  **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order filed on January 10, 2020, it is considered, ordered, and adjudged that Plaintiff James Ryan Rodgers's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 10th day of January 2020.

                                                                               <u>Lee P. Rudofsky</u>
                                                                               UNITED STATES DISTRICT JUDGE